ALVA J. SPATCHILL, Respondent, *v.* PARK CIRCLE ROLLER RINK, INC., Appellant.

Argued November 24, 1942; decided January 7, 1943.

*Leopold Blumberg* for appellant.

*William J. Hayes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.